# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>XIAOJIANG LI | **WARRANT FOR ARREST**<br>AGENT TO ARREST<br><br>Case Number: 1:19-MJ-1007 |

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest XIAOJIANG LI

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with: theft concerning programs receiving Federal funds

in violation of Title 18, United States Code, Section 666(a)(1)(A).

| | |
|---|---|
| JANET F. KING<br>Name of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer |
| <br>Signature of Issuing Officer | November 21, 2019<br>Atlanta, Georgia<br>Date and Location |
| Bail Fixed at $_____ | by _____ /s/ _____<br>Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 11/21/19

Date of Arrest: 11/22/19

Name and Title of Arresting Officer: Andrew L. Igo  FBI SA

Signature of Arresting Officer: Chance Hutto  SOUSM

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 26 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

11026610

# United States District Court
NORTHERN DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| --- | --- |
| v. | AGENT TO ARREST |
| XIAOJIANG LI | Case Number: 1:19-MJ-1007 |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest XIAOJIANG LI

and bring him or her forthwith to the nearest magistrate judge to answer a COMPLAINT charging him or her with: theft concerning programs receiving Federal funds

in violation of Title 18, United States Code, Section 666(a)(1)(A).

| JANET F. KING | United States Magistrate Judge |
| --- | --- |
| Name of Issuing Officer | Title of Issuing Officer |
| | November 21, 2019 |
| | Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |
| Bail Fixed at $ _____ | by _____ /ans _____ |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 11/21/2019      Andrew L. Igo  FBI Special Agent
                               Name and Title of Arresting Officer

Date of Arrest: 11/22/2019     _____
                               Signature of Arresting Officer