IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| *v.* | 1:19-MJ-1007 |
| XIAOJIANG LI | |

### Motion to Continue Preliminary Hearing

The United States of America, by Byung J. Pak, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, files this Motion to Continue Preliminary Hearing. The government requests a 60-day continuance–until February 11, 2020–of the preliminary hearing. In support, the government states:

1. On November 21, 2019, the government filed a criminal complaint charging defendant Xiaojiang Li with theft of federal grant funds, in violation of Title 18, United States Code, Section 666(a)(1)(A).

2. On November 22, 2019, Li was arrested in the Northern District of Georgia and an initial appearance was held in this Court, at which time Li received a bond. That same day, Li moved for a preliminary hearing, which was set for December 13, 2019.

3. On November 22, 2019, after the initial appearance, defense counsel contacted the government and the parties began conferring on

dates for a meeting to discuss the case. Given the parties' schedules, the earliest date on which the parties could meet was December 4, 2019.

4. On December 4, 2019, the parties met to discuss the case and are in discussions about potential resolutions to the charges. Counsel agree that the exchange of additional information may help facilitate a pre-indictment resolution of this matter.

5. In general, a defendant who is not in custody must have a preliminary hearing within 21 days of initial appearance. Fed. R. Crim. P. 5.1(c). But under Rule 5.1(d) of the Federal Rules of Criminal Procedure, a Magistrate Judge may extend the time limits for holding a preliminary hearing "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases[.]" Fed. R. Crim. P. 5.1(d).

6. Here, both requirements are satisfied. First, the government has conferred with defense counsel on this motion and defense counsel has informed the government that the defendant consents to the requested continuance. Second, good cause exists to continue the preliminary hearing. The requested continuance will provide the defendant time to consult with counsel, investigate the case, and pursue negotiations with

the government, all in an effort to promptly dispose of this criminal case.

7. Under the Speedy Trial Act, any indictment or information resulting from the charges against a defendant must be filed within 30 days of the arrest, 18 U.S.C. § 3161(b), not including any excludable time. Excludable time includes "[a]ny period of delay resulting from a continuance granted . . .  at the request of the attorney for the [g]overnment," where "the judge granted such continuance on the basis of . . . finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

8. Here, the ends of justice served by granting a continuance outweigh the interest of the public and the defendant in a speedy trial for the same reasons good cause exists to continue the preliminary hearing. In addition, a continuance will conserve judicial resources.

WHEREFORE, the government moves this Court for entry of an order continuing the preliminary hearing in this case until February 11, 2020.

Respectfully submitted,

BYUNG J. PAK
   *United States Attorney*


/s/ SAMIR KAUSHAL
      *Assistant United States Attorney*
   Georgia Bar No. 935285
   Samir.Kaushal@usdoj.gov

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record, and by mailing a copy with sufficient postage to:

> Peter Zeidenberg
> Arent Fox LLP
> 1717 K Street NW
> Washington, DC 20006

December 6, 2019

/s/ SAMIR KAUSHAL

SAMIR KAUSHAL

*Assistant United States Attorney*