IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>XIAO-JIANG LI | Case No.<br><br>1:19-MJ-1007-RDC |

**Government's Motion for Leave to File Dismissal**

It appearing in the above-styled case, that by the authority of the undersigned, the Complaint, filed November 21, 2019, charging a violation of Title 18, United States Code, Section 666(a)(1)(A), is dismissed as to defendant Xiao-Jiang Li and Movant prays leave of Court to file the same.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/ Samir Kaushal
By: SAMIR KAUSHAL
*Assistant United States Attorney*
Georgia Bar No. 935285
Samir.Kaushal@usdoj.gov

**Order**

Now, to-wit, on the _____ day of _____, 2020, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE